```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
GIOCONDA R. MOLINARI (CABN 177726)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7220
    Facsimile:  (415) 436-6748
    Gioconda.Molinari@usdoj.gov

Attorneys for the Defendant
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and MOHAMED AL ELEW,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>  Defendant. | Case No. 4:21-cv-09680- HSG<br><br>**STIPULATION TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), the parties in this action hereby stipulate that the deadline for defendant, United States Environmental Protection Agency, to respond to the Complaint is extended by 30 days, from January 24, 2022 to February 25, 2022.  This change does not alter the date of any event or any deadline fixed by Court order.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated:  January 18, 2022          By:            /s/
                                      GIOCONDA R. MOLINARI
                                      Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                                              D. VICTORIA BARANETSKY
                                                                              The Center for Investigative Reporting

Dated:  January 18, 2022                      By:_____/s/_____
                                                                              D. VICTORIA BARANETSKY
                                                                              The Center for Investigative Reporting
                                                                              Attorney for Plaintiffs

In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.