STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
GIOCONDA R. MOLINARI (CABN 177726)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7220
    Facsimile:  (415) 436-6748
    Gioconda.Molinari@usdoj.gov

Attorneys for the Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and MOHAMED AL ELEW,<br><br>          Plaintiffs,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>          Defendant. | Case No. 4:21-cv-09680- HSG<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (as modified) |

      Pursuant to Civil Local Rule 6-1(a), the parties in this action hereby stipulate and respectfully request that the Court take off calendar the Case Management Conference set for March 22, 2022, ECF No. 13, and continue it to April 5, 2021, or for another date convenient to the Court.  The reasons for this request follow:

      Through the meet and confer process, the parties have been making significant progress in this case.  Defendant has been producing the information Plaintiffs requested under the Freedom of Information Act, 5 U.S.C. § 552 et seq.  Defendant anticipates producing additional information in the month of March 2022.  After that production is made, Defendant will have released the majority of the

information Plaintiffs requested.

The parties met and conferred on February 24, 2022, and agreed that it would be more productive to have a case management conference on April 5, 2022.  By that time the parties will be in a better position to appraise the Court on the progress made to date, and to decide whether the case can be resolved without further litigation.

For the above stated reasons, the Parties respectfully request that the Court take off calendar the Case Management Conference set for March 22, 2022, and continue it to April 5, 2022.  If this request is granted, the Parties will submit a Case Management Statement by March 29, 2022.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated:  February 25, 2022         By:_____/s/_____
                                  GIOCONDA R. MOLINARI
                                  Assistant United States Attorney


The Center for Investigative Reporting

Dated:  February 25, 2022         By:_____/s/_____
                                  D. VICTORIA BARANETSKY
                                  Attorney for Plaintiffs

In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.

**ORDER BASED ON STIPULATION**

The Case Management Conference currently set for March 22, 2022, is continued to April 5, 2022, at 2:00 p.m. Given the ongoing COVID-19 pandemic, the parties will be advised closer to the hearing whether it will take place telephonically or in person. The Parties shall file a Case Management Conference Statement by March 29, 2022.

DATED: 2/28/2022

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge