```
fSTEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
GIOCONDA R. MOLINARI (CABN 177726)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7220
    Facsimile:  (415) 436-6748
    Gioconda.Molinari@usdoj.gov

Attorneys for the Defendant
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and MOHAMED AL ELEW,<br><br>               Plaintiffs,<br><br>        v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>               Defendant. | Case No. 4:21-cv-09680-HSG<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Pursuant to Civil Local Rule 6-1(a), the parties to this Freedom of Information Act action hereby stipulate and respectfully request that the Court take off calendar the Case Management Conference set for May 24, 2022, ECF No. 21, and continue it to June 14, 2021, or for another date convenient to the Court.  The reasons for this request follow:

Through the meet and confer process, the parties have made significant progress in this case.  To date, defendant has produced all but one of the documentation about the companies that plaintiff requested to be produced under the Freedom of Information Act, 5 U.S.C. § 552 *et seq*.

The parties last communicated on May 5, 2022, and agreed that since only the records of one

1

company are left to be produced, it would be more productive to postpone the case management currently schedule for May 24 by three weeks, until June 14, 2022, in order to give defendant the opportunity to determine if it will be able to produce the documents. By that time the parties expect to be in a better position to appraise the Court on whether all substantive FOIA issues have been resolved or if plaintiffs will file a summary judgement motion.

  For the above stated reasons, the Parties respectfully request that the Court take off calendar the Case Management Conference set for May 24, 2022 and continue it to June 14, 2022. If this request is granted, the parties will submit a Joint Case Management Statement by June 7, 2022.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: May 11, 2022  By: /s/
  GIOCONDA R. MOLINARI
  Assistant United States Attorney

The Center for Investigative Reporting

Dated: May 11, 2022  By: /s/
  D. VICTORIA BARANETSKY
  Attorney for Plaintiffs

In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.

//
//
//
//
//
//
//
//

**ORDER BASED ON STIPULATION**

The Case Management Conference currently set for May 24, 2022, is continued to June 14, 2022, at 2:00 p.m. and will be held telephonically. The Parties will file a Joint Case Management Conference Statement by June 7, 2022.

DATED: 5/11/2022

*/s/ Haywood S. Gilliam, Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge