STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
GIOCONDA R. MOLINARI (CABN 177726)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7220
    Facsimile:  (415) 436-6748
    Gioconda.Molinari@usdoj.gov

Attorneys for the Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and MOHAMED AL ELEW,<br><br>            Plaintiffs,<br><br>            v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>            Defendant. | Case No. 4:21-cv-09680-HSG<br><br>JOINT STIPULATION AND DISMISSAL OF ALL FOIA CLAIMS WITH PREJUDICE WITH THE EXCEPTION OF ATTORNEY'S FEES;<br>ORDER (as modified) |

       Pursuant to Civil Local Rule 7-12, and subject to the Court's approval, the parties through their undersigned counsel stipulate to take off calendar the Case Management Conference (CMC) currently scheduled for June 14, 2022, and to dismiss all the FOIA claims with prejudice, except for the claim for attorney's fees and costs.  The parties respectfully request to be provided 60-days, until August 4, 2022, to negotiate the claim for attorney's fees and costs, and to file a joint status report if the issue has not been resolved by that time.

       1. Defendant has completed producing the documents plaintiffs requested under the Freedom of

1. Information Act (FOIA), 5 U.S.C. § 552 *et seq.*, and have resolved all the substantive FOIA issues and claims. The only issue left to be decided is plaintiffs' claim for attorney's fees and costs.

2. Plaintiffs will submit their time records to defendant in consideration of their claim for attorney's fees and costs. The parties propose that they be given 60 days, or until August 4, 2022, in which to reach resolution on that issue. If resolution has been reached by that date, the parties will file a stipulation of dismissal and settlement of plaintiff's claim for attorney's fees and costs. If resolution has not been reached by that date, the parties will file a status report.

3. For these reasons, the parties respectfully request that the CMC currently scheduled for June 14, 2022 be taken off calendar and that they be provided 60-days, until August 4, 2022, to negotiate a settlement of plaintiffs' claim for attorney's fees.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: June 3, 2022         By:_____/s/_____
                              GIOCONDA R. MOLINARI
                              Assistant United States Attorney


The Center for Investigative Reporting

Dated: June 3, 2022         By:_____/s/_____
                              D. VICTORIA BARANETSKY
                              Attorney for Plaintiffs

In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.

//

//

//

//

//

//

//

2

**ORDER BASED ON STIPULATION**

**It is Ordered that**:

1. All the FOIA issues and claims, except for the claim for attorney's fees and costs, are hereby dismissed with prejudice.

2. If resolution of plaintiff's claim for attorney's fees and costs has been reached by August 4, 2022, the parties will file a stipulation of dismissal and settlement of plaintiff's claim for attorney's fees and costs. If a resolution has not been reached, the parties will file a status report by August 4, 2022.

3. The Case Management Conference (CMC) currently scheduled for June 14, 2022 is vacated.

DATED: 6/7/2022

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge