STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
GIOCONDA R. MOLINARI (CABN 177726)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7220
    Facsimile:  (415) 436-6748
    Gioconda.Molinari@usdoj.gov

Attorneys for the Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and MOHAMED AL ELEW, <br><br>    Plaintiffs, <br><br>v. <br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br>    Defendant. | Case No. 4:21-cv-09680-HSG <br><br> STIPULATION TO EXTEND TIME FOR NEGOTIATION OF ATTORNEY'S FEES; ORDER |

    On June 6, 2022, pursuant to stipulation the Court dismissed with prejudice all the FOIA issues and claims in this action except for Plaintiffs' claim for attorney's fees and costs. ECF No. 28. The Court ordered the Parties to file a stipulation of dismissal and settlement of Plaintiffs' claim for attorney's fees and costs by August 4, 2022, if resolution had been reached by that date or a joint status report if resolution had not been reached. *Id.*

    Pursuant to Civil Local Rule 7-12, and subject to the Court's approval, the parties respectfully request to be provided until August 15, 2022, to inform the Court if resolution on Plaintiffs' claim for attorney's fees and costs has been reached. If resolution has been reached, the parties will file a stipulation

of dismissal and settlement of Plaintiffs' claim for attorney's fees and costs. If resolution has not been reached, the parties will file a status report by that time.

                Respectfully submitted,

                STEPHANIE M. HINDS
                United States Attorney

Dated: July 28, 2022        By:_____/s/_____
                 GIOCONDA R. MOLINARI
                 Assistant United States Attorney

                The Center for Investigative Reporting

Dated: July 28, 2022        By:___/s/_____*Shawn Musgrave*_____
                 D. VICTORIA BARANETSKY
                 SHAWN MUSGRAVE
                  Attorneys for Plaintiffs

In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

**ORDER BASED ON STIPULATION**

**It is Ordered that**:

The parties shall have until August 15, 2022, to inform the Court if resolution on Plaintiffs' claim for attorney's fees and costs has been reached. If resolution has been reached, the parties will have a stipulation of dismissal and settlement of Plaintiffs' claim for attorney's fees and costs. If a resolution has not been reached, the parties will file a status report by August 15, 2022.

DATED: 7/29/2022

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge