STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
GIOCONDA R. MOLINARI (CABN 177726)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7220
    Facsimile:  (415) 436-6748
    Gioconda.Molinari@usdoj.gov

Attorneys for the Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and MOHAMED AL ELEW, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | Case No. 4:21-cv-09680-HSG <br><br> STIPULATED JUDGMENT [PROPOSED ORDER] |

On August 29, 2022, Defendant extended a Fed. R. Civ. P. 68 offer of judgment to Plaintiffs, in the amount of $6,000, in total, regarding Plaintiffs' claim for attorneys' fees and costs. Dkt. No. 34. Plaintiffs accepted Defendant's offer on September 7, 2022. *Id.* The Court ordered the parties to meet and confer and file a Proposed Stipulated Judgment. Dkt. No. 34.

Accordingly, the parties agree and stipulate to allow final judgment to be entered in favor of Plaintiffs and against Defendant in the amount of $6,000, in full satisfaction of Plaintiffs' claim for attorneys' fees and costs.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | STEPHANIE M. HINDS<br>United States Attorney |
| Dated: September 8, 2022 | By: _____/s/_____<br>GIOCONDA R. MOLINARI<br>Assistant United States Attorney |
|   | The Center for Investigative Reporting |
| Dated: September 8, 2022 | By:___/s/ D. Victoria Baranetsky___<br>D. VICTORIA BARANETSKY<br>SHAWN MUSGRAVE<br>Attorneys for Plaintiffs |

In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.

## [PROPOSED] ORDER BASED ON STIPULATION

**IT IS ORDERED THAT**,

Because Plaintiffs have accepted Defendant's Fed. R. Civ. P. 68 offer of judgment, final judgment is hereby entered in favor of Plaintiffs and against Defendant in the amount of $6,000, in full satisfaction of Plaintiffs' claim for attorneys' fees and costs.

The Clerk shall close the file.

DATED: _____                    _____
                                     HONORABLE HAYWOOD S. GILLIAM, JR.
                                     United States District Judge